1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAGHAVENDRAN SHANKAR,

                    Plaintiff,

          v.

CLEAR STREET MANAGEMENT
LLC,

                    Defendant.

CASE NO.  2:24-cv-01848-JNW

DISMISSAL ORDER

The Court raises this matter on its own accord.

Plaintiff Raghavendran Shankar initiated this action on November 3, 2024, by filing the Proposed Complaint asserting employment discrimination claims against Defendant Clear Street Management LLC. Dkt. No. 1. On November 8, the Clerk of Court notified Shankar of several deficiencies in his filing: failure to pay the filing fee; failure to apply for in forma pauperis (IFP) status; failure to include a civil cover sheet; and failure to properly sign the submissions. Dkt. No. 3. The Clerk notified Shankar that these deficiencies must be corrected by December 9, 2024, and expressly warned that failure to do so could result in dismissal of the action. *Id.* As of this date, Shankar has not rectified these deficiencies.

**DISMISSAL** ORDER - 1

"A party must pay the Civil Filing Fee when it files… any civil action except for proceedings in forma pauperis under LCR 3(c) or as otherwise exempted by law." LCR 3(b); *see also* 28 U.S.C. § 1914(a). An action may proceed without the immediate payment of a filing fee only for parties proceeding IFP. *See* 28 U.S.C. § 1915. Absent IFP status, failure to pay the filing fee results in dismissal without prejudice. *See Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995).

Shankar's continued failure to either pay the filing fee or apply for IFP status precludes his case from moving forward. The Court therefore DISMISSES this action without prejudice.

It is so ORDERED.

Dated this 17th day of December, 2024.

Jamal N. Whitehead
United States District Judge

**DISMISSAL** ORDER - 2